AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Vincent L. Barr, #245797

        Plaintiff,                   **JUDGMENT IN A CIVIL CASE**

vs.

                                          Case Number: 2:06-2209-CMC-RSC

John Battiste, Jail Administrator,

        Defendant.

**Decision on the Record.** This action came before the court on the record, Honorable Cameron McGowan Currie, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted in part the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted to the Defendant as to those portions of the complaint which are administratively exhausted and dismissing the action in part without prejudice due to Plaintiff's failure to exhaust his administrative remedies.

                                                      LARRY W. PROPES, Clerk

                                                      By s/Susan K. Sanders
                                                          Deputy Clerk

June 12, 2007